NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  1:21-cr-00324-TNM

DANIELLE DOYLE
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz (Bar No. 451557)
*(Attorney & Bar ID Number)*

Price Benowitz LLP
*(Firm Name)*

409 7th Street NW, Suite 200
*(Street Address)*

Washington, DC 20004
*(City)          (State)          (Zip)*

202-271-5249
*(Telephone Number)*