NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  1:2021-CR-00324

**DANIELLE DOYLE**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Rammy Barbari No.: 1032106
_(Attorney & Bar ID Number)_

Price Benowitz LLP
_(Firm Name)_

409 7th St. NW
_(Street Address)_

Washington, DC     20004
_(City)     (State)     (Zip)_

202-870-0139
_(Telephone Number)_